**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JESSE HERNANDEZ,

                               Petitioner,

       -against-                                    25 **CIVIL** 3167 (KMW)

                                                   **JUDGMENT**

CHIEF, BRONX DISTRICT ATTORNEY,

                              Respondent.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 6, 2025, the Court has denied the petition for *habeas corpus* under 28 U.S.C. § 2254, and the Court has declined to construe the petition as brought under 28 U.S.C. §2241. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        January 9, 2026

                                       **TAMMI M. HELLWIG**
                                       _____
                                         **Clerk of Court**

                    **BY:**            K. mango

                                       _____
                                         **Deputy Clerk**